IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-118-1BO

FILED IN OPEN COURT
ON 9/29/2015
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JEFFERY B. EDMONDSON | ) |

## AMENDED JUDGMENT OF FORFEITURE

In the Criminal Information in the above action, the United States sought forfeiture of property of the defendant, JEFFERY B. EDMONDSON, pursuant to 18 U.S.C. § 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as proceeds of the unlawful activity of the defendant as charged in the Criminal Information.

The defendant pled guilty to Counts One and Two of the Criminal Information and agreed to forfeit the property listed in the Criminal Information.

On September 25, 2015, the Court entered a forfeiture judgment for the amount of $10,812,000.00 currency, pursuant to 21 U.S.C. § 853. However, at sentencing, the Government has orally moved to amend the forfeiture judgment in order to reduce the amount to what the evidence will support, that is, $7,499,200.00 currency.

1

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The forfeiture judgment entered on February 12, 2015 is amended, and judgment is entered for the amount of $7,499,200,000. Any funds attached pursuant to such judgment are forfeited to the United States for disposition in accordance with the law; and

2. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

3. In addition, upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Amended Judgment of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant at sentencing.

SO ORDERED. This **29** day of September, 2015.

_____
TERRENCE W. BOYLE
United States District Judge

2

Case 5:15-cr-00118-BO   Document 26   Filed 09/29/15   Page 2 of 2